IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | **CRIMINAL NO. 22-mj-02965** |
| **SARAH ELIZABETH SORG,** : | |
| : | |
| Defendant. : | |

..ooOOOoo..

## GOVERNMENT'S UNOPPOSED MOTION
## TO POSTPONE PRELIMINARY HEARING

Comes now the United States of America, by and through its undersigned counsel, and respectfully submits this Motion to Postpone the currently scheduled preliminary hearing, and for good cause states:

1. The Defendant was arrested on a criminal complaint on October 20, 2022, on which day she had an initial appearance and was released on conditions. A preliminary hearing is scheduled for December 8, 2022. The Defendant remains released on conditions with which she has been compliant.

2. An indictment charging this defendant has not been returned by a Grand Jury. The United States is continuing its investigation of the instant allegations to determine how the matter should be finally charged and/or disposed.

3. Counsel for the Defendant does not oppose a thirty (30) day extension of time.

Wherefore, the United States respectfully requests that this Court enter an Order postponing until January 6, 2023, the preliminary hearing.

                                                Respectfully submitted,

                                                Erek L. Barron
                                                United States Attorney

By:    */s/ P. Michael Cunningham*
          P. Michael Cunningham
          Thomas M. Sullivan
          Assistant United States Attorneys